UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                  Case No.: 16-13442-LMI

Jose Miguel Moreno,                                         Chapter 13

    Debtor.
_____/

## REQUEST FOR PRODUCTION OF DOCUMENTS

**COMES NOW** the Debtor, Jose Miguel Moreno, by and through undersigned counsel and pursuant to Bankruptcy Rule 7034 requests the following documents be produced at the office of undersigned counsel within thirty (30) days of the date of this request:

1. A copy of the appraiser's entire file used to prepare the appraisal made by Ivan Guerra, with the effective date of March 10, 2016 for the property located at: 15694 SW 102nd Lane, Miami, FL 33196.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 2nd day of August, 2016 to **Nancy K. Neidich, Chapter 13 Trustee**, via NEF, **Damian Waldman, Esq. Via NEF** and via email to bankruptcy@Waldmanlaw.com to all registered users of ECF via NEF and **Debtor** in the instant case via first class mail.

*/s/ signature*

FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[/] Laila S. Gonzalez, Esq. FBN: 0975291
[ ] Gianny Blanco, Esq. FBN: 0078080
10647 N Kendall Dr
Miami, FL 33176
Tel: (305) 826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com