UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                     Case No.: 16-13422-LMI

JOSE MIGUEL MORENO                                          Chapter 13

    Debtor.
_____/

### EX-PARTE MOTION TO REDUCE TIME TO RESPOND TO REQUEST FOR PRODUCTION OF DOCUMENTS

**COMES NOW** the Debtor, Jose Miguel Moreno, by and through his undersigned counsel and pursuant to Bankruptcy Rule 9006(c)(1) requests the time period for the documents requested in ECF#64 be reduced to seven (7) days.

1. An evidentiary hearing regarding the above referenced case has been set for August 18, 2016.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 2nd day of August, 2016 to **Nancy K. Neidich, Chapter 13 Trustee**, via NEF, **Damian Waldman, Esq.**, via NEF and via email to bankruptcy@Waldmanlaw.com to all registered users of ECF via NEF and the **Debtor** via first class mail.

_____
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[ ] Laila S. Gonzalez, Esq. FBN: 0975291
[X] Gianny Blanco, Esq. FBN: 0078080
10647 N Kendall Dr
Miami, FL 33176
Tel: (305) 826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com