

**ORDERED in the Southern District of Florida on August 4, 2016.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                          CASE NO. 16-13442 - LMI
                                                CHAPTER 13
Jose Miguel Moreno,

          Debtor.

---

### ORDER GRANTING EX PARTE MOTION TO REDUCE TIME
### TO PRODUCE DOCUMENTS

**THIS CAUSE** came before the Court (ex-parte) on Debtor's Motion to Reduce Time to

Produce Documents, the Court having reviewed the Motion and file, it is:

**ORDERED** and **ADJUDGED:**

1.      The Ex Parte Motion to Reduce Time to Produce Documents is granted.

2.      The Creditor, has seven (7) days from the date of the Debtor's request to

provide said documents.

### ###

The movant, or movant's counsel, Freire & Gonzalez, P.A. shall serve a copy of this notice and unless previously served, the above-described pleading to all required parties and within the time frames required by the Federal Rules of Bankruptcy Procedure, local rules, or orders of the court, and shall file this original notice and completed certificate of service