UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                            Case No.: 16-13442-LMI

Jose Miguel Moreno,                                        Chapter 13

    Debtor.
_____/

## MOTION IN LIMINIE

**COMES NOW** the Debtor, **Jose Miguel Moreno**, by and through undersigned counsel and moves this Honorable Court for an order granting Debtor's Motion in Liminie and as grounds therefore would show:

1. Debtor's Counsel filed a Request for Production of Documents on August 2, 2016. (ECF # 64) requesting the documentation utilized by the Creditor's appraiser, along with a copy of the appraiser's file in valuing the Debtor's property located at 15964 SW 102 Lane, Miami, FL 33196-6179.  Simultaneously with said Request for Production of Documents, Debtor's counsel filed a Motion to Shorten Time to Produce said documentation.  The court granted Debtor's motion to seven days from the date of the request, to wit: August 9, 2016.

2. On or about August 15, 2016 the Court entered an order Granting Debtor's Agreed Motion to Continue Evidentiary Hearing set for August 18, 2016 (ECF # 74) with extended until August 19, 2016 the time to provide the above-described documentation.

3. As of the filing of the instant motion Creditor has failed to produce documentation in violation of this court's order.

4. Debtor has been unable to adequately prepare for the Evidentiary hearing scheduled for September 28, 2016.

**WHEREFORE**, for the above reasons the Debtor prays this Honorable Court enter an Order granting Debtor's Motion in Liminie and refuse to allow Creditor to enter into evidence the appraisal prepared by the Creditor.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the **MOTION IN LIMINIE** was simultaneously mailed on the 28 day of September, 2016, to **Nancy K. Neidich**, Chapter 13 Trustee, via NEF, **Positive Solutions, LLC, Attn: Damian G. Waldman, Esq.,** via NEF, via email to Damian@Dwaldmanlaw.com, and via regular mail at 14010 Roosevelt Blvd., Ste. 701, Clearwater, FL 33762, **Positive Solutions, LLC., Attn: Nick Porras, Esq.,** via email to Nick@Dwaldmanlaw.com, **to all registered users of ECF** via NEF and **Debtor** via first class mail.

_/s/ Laila_
Freire & Gonzalez, P.A.
Attorneys for Debtor(s)
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
[ ] Gianny Blanco, Esq., FBN: 0078080
10647 N. Kendall Dr.
Miami, FL 33176
Ph. (305) 826-1774
Fax (305) 826-1794
courtdoc@fgbkc.com