Appraisal Research Center
8100 SW 81 Drive, Suite 278
Miami, FL 33143-6603
(305) 273-6540

06/03/2016

Law Offices of Damian G. Waldman, P.A.
Clearwater Office
14010 Roosevelt Blvd., Ste. 701
Clearwater, FL 33762

| | | |
|---|---|---|
| Re: | Property: | 15964 SW 102nd Ln |
| | | Miami, FL 33196 |
| | Borrower: | N/A |
| | File No.: | 16-157 |

Opinion of Value: $   300,000
Effective Date:      03/10/2016

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional service to you.

Sincerely,

Ivan Guerra
License or Certification #: St. Cert. Gen. REA RZ3359
State: FL      Expires: 11/30/2016
iguerra@arcmiami.net

# APPRAISAL OF REAL PROPERTY



### LOCATED AT
15964 SW 102nd Ln
Miami, FL 33196
Lot 26, Block 3, Garden Hills West, PB 153-52

### FOR
Law Offices of Damian G. Waldman, P.A.
14010 Roosevelt Blvd., Ste. 701
Clearwater, FL 33762

### OPINION OF VALUE
300,000

### AS OF
03/10/2016

### BY
Ivan Guerra
Appraisal Research Center
8100 SW 81 Drive, Suite 278
Miami, FL 33143-6603
(305) 273-6540
iguerra@arcmiami.net

Appraisal Research Center, Inc. (305) 273-6540

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 16-157

## SUBJECT

| | |
|---|---|
| Property Address: | 15964 SW 102nd Ln |
| City: | Miami |
| State: | FL |
| Zip Code: | 33196 |
| County: | Miami-Dade |
| Legal Description: | Lot 26, Block 3, Garden Hills West, PB 153-52 |
| Assessor's Parcel #: | 30-5905-023-1110 |
| Tax Year: | 2015 |
| R.E. Taxes: | $ 2,168 |
| Special Assessments: | $ N/A |
| Borrower (if applicable): | N/A |
| Current Owner of Record: | Jose M. Moreno |
| Occupant: | ☒ Owner ☐ Tenant ☐ Vacant ☐ Manufactured Housing |
| Project Type: | ☐ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe) HOA: $ ☐ per year ☐ per month |
| Market Area Name: | Garden Hills West |
| Map Reference: | 33124 |
| Census Tract: | 0180.00 |

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
This report reflects the following value (if not Current, see comments): ☐ Current (the Inspection Date is the Effective Date) ☒ Retrospective ☐ Prospective
Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
Intended Use: The intended use of this appraisal report is to estimate a market value of the subject property as of the effective date of this report for internal decision making.
Intended User(s) (by name or type): Law Offices of Damian G. Walkman, P.A. and/or representatives assisting my client.
Client: Law Offices of Damian G. Waldman, P.A.   Address: 14010 Roosevelt Blvd., Ste. 701, Clearwater, FL 33762
Appraiser: Ivan Guerra   Address: 8100 SW 81 Drive, Suite 278, Miami, FL 33143-6603

## MARKET AREA DESCRIPTION

| Location: | ☐ Urban ☒ Suburban ☐ Rural | Predominant Occupancy | One-Unit Housing PRICE $(000) / AGE (yrs) | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|
| Built up: | ☒ Over 75% ☐ 25-75% ☐ Under 25% | | | One-Unit 75 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid ☒ Stable ☐ Slow | ☒ Owner 80% | 270 Low 14 | 2-4 Unit 5 % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing ☒ Stable ☐ Declining | ☐ Tenant 20% | 430 High 19 | Multi-Unit 5 % | * To: |
| Demand/supply: | ☐ Shortage ☒ In Balance ☐ Over Supply | ☒ Vacant (0-5%) | 350 Pred 16 | Comm'l 10 % | |
| Marketing time: | ☒ Under 3 Mos. ☐ 3-6 Mos. ☐ Over 6 Mos. | ☐ Vacant (>5%) | | Other 5 % | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The subject property is located in an unincorporated area of southwest Miami Dade County, FL .The subject's market boundaries were establishes as SW 96th Street on the north, SW 104th Street on the south, SW 157th Avenue on the east, and SW 162nd Avenue on the west. Predominate land uses within the impact area include single family homes. All essential residential amenities are available locally including, employment centers,shopping, municipal services, etc. Overall market appeal for the neighborhood is considered to be average. There appears to be balance between supply/demand of inventory in this area. Property values appear to be stable over the past 12 months. Typical marketing times are under 3 months. Mortgage funds are available from a variety of sources for qualified buyers and properties.

## SITE DESCRIPTION

| Dimensions: | N/A, Please refer to survey. | Site Area: | 6,005 sf |
|---|---|---|---|
| Zoning Classification: | RU-1 | Description: | Single Family District |

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
Are CC&Rs applicable? ☐ Yes ☐ No ☒ Unknown   Have the documents been reviewed? ☐ Yes ☐ No   Ground Rent (if applicable) $ /
Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)
Actual Use as of Effective Date: Single Family   Use as appraised in this report: Single Family
Summary of Highest & Best Use: After considering the physically possible, legally permissible, financially feasible, and maximally productive, the use of the site as though improved would be it's continued use as a single family residence.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level to Grade |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | FPL | Street | Asphalt | ☒ | ☐ | Size | Typical for area |
| Gas | ☐ | ☐ | | Curb/Gutter | None | ☐ | ☐ | Shape | Rectangular |
| Water | ☒ | ☐ | Municipal | Sidewalk | Concrete | ☒ | ☐ | Drainage | Adequate |
| Sanitary Sewer | ☒ | ☐ | Municipal | Street Lights | Pole Mounted | ☒ | ☐ | View | Residential |
| Storm Sewer | ☒ | ☐ | Municipal | Alley | None | ☐ | ☐ | | |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe)
FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No   FEMA Flood Zone X   FEMA Map # 12086C0437L   FEMA Map Date 9/11/2009
Site Comments: The subject site appears typical for the area with typical site improvements.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement ☒ None | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Poured Concrete | Slab | Concrete | Area Sq. Ft. | | Type | Forced Air / Central A/C |
| # of Stories | 1 | Exterior Walls | CBS/Avg | Crawl Space | N/A | % Finished | | Fuel | Electric |
| Type | ☒ Det. ☐ Att. | Roof Surface | Barrel/Avg | Basement | N/A | Ceiling | | | |
| Design (Style) | Ranch | Gutters & Dwnspts. | None Noted | Sump Pump | ☐ N/A | Walls | | Cooling | Forced Air |
| | ☒ Existing ☐ Proposed ☐ Und.Cons. | Window Type | Traverse/Avg | Dampness | ☐ N/A | Floor | | Central | X |
| Actual Age (Yrs.) | 18 | Storm/Screens | Shutters/Screens | Settlement | N/A | Outside Entry | | Other | C. Fans |
| Effective Age (Yrs.) | 5 Years | | | Infestation | N/A | | | | |

| Interior Description | | Appliances | | Attic | None | Amenities | | Car Storage ☐ None | |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Ceramic Tile/Avg | Refrigerator | ☒ | Stairs | ☐ | Fireplace(s) # 0 | Woodstove(s) # | Garage # of cars ( Tot.) | |
| Walls | Drywall/Avg | Range/Oven | ☒ | Drop Stair | ☐ | Patio | Open | Attach. | |
| Trim/Finish | Wood/Avg | Disposal | ☐ | Scuttle | ☒ | Deck | Ceramic Tile | Detach. | |
| Bath Floor | Ceramic Tile/Avg | Dishwasher | ☒ | Doorway | ☐ | Porch | Covered | Blt.-In | X 1 |
| Bath Wainscot | Ceramic Tile/Avg | Fan/Hood | ☒ | Floor | ☐ | Fence | Wood | Carport | |
| Doors | Hollow Core/Avg | Microwave | ☒ | Heated | ☐ | Pool | None Noted | Driveway | X 2 |
| | | Washer/Dryer | ☒ | Finished | ☐ | | | Surface | Pavers |

Finished area **above** grade contains: 7 Rooms   3 Bedrooms   2 Bath(s)   1,536 Square Feet of Gross Living Area Above Grade
Additional features: At the time of inspection the subject property exhibited stainless steal energy efficient kitchen appliances.

Describe the condition of the property (including physical, functional and external obsolescence): At the time of inspection the subject property was found to be in average condition given its age and continued maintenance. The kitchen has been updated with new cabinets, granite countertops and stainless steal appliances. The bathrooms appear original but have been adequately maintained. The exterior of the property has been adequately maintained and considered to be in average condition. At the time of inspection, there were some minor signs of water leaks in the interior ceiling of the subject property which have been included in the subject photographs. Given that an inspection of the roof has not been performed by a roofing contractor and cost estimates were not provided, the extent of the damage is unknown, and therefore I am making the extraordinary assumption that the water damage is minimal and would require minimal repairs at minimal costs.

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 16-157

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s): SEF MLS, Realist, Miami-Dade Clerk of Courts

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: | There are no prior sales or transfers for the subject property within the past 3 years. |
|---|---|---|
| Date: No Prior Sales Reported | | |
| Price: | | |
| Source(s): | | |
| 2nd Prior Subject Sale/Transfer | | |
| Date: | | |
| Price: | | |
| Source(s): | | |

## SALES COMPARISON APPROACH TO VALUE (if developed)

☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 15964 SW 102nd Ln, Miami, FL 33196 | 10319 SW 159th Ct, Miami, FL 33196 | | 16049 SW 103rd Ln, Miami, FL 33196 | | 16113 SW 101st Ter, Miami, FL 33196 | |
| Proximity to Subject | | 0.06 miles E | | 0.08 miles SW | | 0.13 miles NW | |
| Sale Price | $ | $ 340,000 | | $ 310,000 | | $ 310,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 180.28 /sq.ft. | | $ 185.41 /sq.ft. | | $ 185.41 /sq.ft. | |
| Data Source(s) | Public Records | MLS#A2088988, DOM 308 | | MLS#A2156870, DOM 11 | | MLS#A2158024, DOM 2 | |
| Verification Source(s) | Inspection | $340,000 O.R. | | 29806-0712 O.R. | | 29778-1997 O.R. | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | ArmLth ; FHA | | ArmLth ; FHA | | ArmLth ; Cash | |
| Concessions | N/A | $0 | | $0 | | $0 | |
| Date of Sale/Time | N/A | 01/2016 | | 09/2015 | | 09/2015 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Average | Average | | Average | | Average | |
| Site | 6,005 sf | 6,005 sf | | 6,005 sf | | 6,005 sf | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | Ranch | Ranch | | Ranch | | Ranch | |
| Quality of Construction | CBS/Avg | CBS/Avg | | CBS/Avg | | CBS/Avg | |
| Age | 18 Years | 17 Years | 0 | 17 Years | 0 | 16 Years | 0 |
| Condition | Average | Good | -25,000 | Average | | Average | |
| Above Grade Room Count | Total 7 / Bdrms 3 / Baths 2 | Total 7 / Bdrms 4 / Baths 2.0 | 0 | Total 7 / Bdrms 3 / Baths 2.1 | -2,000 | Total 7 / Bdrms 3 / Baths 2.1 | -2,000 |
| Gross Living Area | 1,536 sq.ft. | 1,886 sq.ft. | -14,000 | 1,672 sq.ft. | -5,000 | 1,672 sq.ft. | -5,000 |
| Basement & Finished | N/A | N/A | | N/A | | N/A | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | Typical | Typical | | Typical | | Typical | |
| Heating/Cooling | Central A/C | Central A/C | | Central A/C | | Central A/C | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | 1 Car Garage | 1 Car Garage | | 2 Car Garage | -3,000 | 2 Car Garage | -3,000 |
| Porch/Patio/Deck | Porch/Patio | Porch/Patio | | Porch/Patio | | Porch/Patio | |
| Net Adjustment (Total) | | ☐ + ☒ - | $ -39,000 | ☐ + ☒ - | $ -10,000 | ☐ + ☒ - | $ -10,000 |
| Adjusted Sale Price of Comparables | | | $ 301,000 | | $ 300,000 | | $ 300,000 |

Summary of Sales Comparison Approach    The comparable properties reported above consist of single family residences located in the subject's immediate neighborhood. The comparable dataset reported above was selected from a broader sample of sales spanning the 12 months prior to the effective date of this report. The comparables reported are recent transactions, in close proximity to the subject. Given their general similarity in physical characteristics in comparison to the subject property, they are considered the best indications of value for the subject property as of the effective date of this report. At the time of this report, there were limited sales similar to the subject in terms of design, size, condition, and room count.

While all sales are deemed viable alternatives to the subject property, adjustments for differences in features in comparison to the subject have been made as deemed warranted by the market based on paired data analysis and/or statistical modeling to isolate pertinent price contributions for specific features. Differences in lot sizes were adjusted at $1.00 per square foot and rounded. Differences in bathroom counts were adjusted at a rate of $2,000 per ha;f bathroom. Comparables 1 was recently updated and remodeled with new flooring throughout, new kitchen cabinets with granite countertops and stainless steal appliances, and updated bathrooms with new cabinets and fixtures. As such, it is considered to be in superior condition to the subject and therefore a downward adjustment of $30,000 was made to mitigate for differences in condition. Differences in garage parking were adjusted at $3,000 per car.

After making adjustments to the comparables as illustrated above, they establish an adjusted price range from $300,000 to $301,000 with a median indication of $300,000. After carefully considering the available data and making adjustments to the comparables to mitigate for differences in features in comparison to the subject property as deemed warranted by the market, I have concluded on a final estimate of value for the subject property via the sales comparison approach as of the effective date of this report at $300,000.

Indicated Value by Sales Comparison Approach $    300,000

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: 16-157

## COST APPROACH

**COST APPROACH TO VALUE (if developed)**  ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW

Source of cost data:
Quality rating from cost service:    Effective date of cost data:
Comments on Cost Approach (gross living area calculations, depreciation, etc.):

OPINION OF SITE VALUE = $
DWELLING Sq.Ft. @ $ = $
Sq.Ft. @ $ = $
Sq.Ft. @ $ = $
Sq.Ft. @ $ = $
Sq.Ft. @ $ = $
= $
Garage/Carport Sq.Ft. @ $ = $
Total Estimate of Cost-New = $
Less Physical | Functional | External
Depreciation = $( )
Depreciated Cost of Improvements = $
"As-is" Value of Site Improvements = $
= $
= $

Estimated Remaining Economic Life (if required):        Years
**INDICATED VALUE BY COST APPROACH** = $

## INCOME APPROACH

**INCOME APPROACH TO VALUE (if developed)**  ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $        X Gross Rent Multiplier        = $        **Indicated Value by Income Approach**

Summary of Income Approach (including support for market rent and GRM):

## PUD

**PROJECT INFORMATION FOR PUDs (if applicable)**  ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:
Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 300,000    Cost Approach (if developed) $        Income Approach (if developed) $

Final Reconciliation    The sales comparison approach has been developed given the reliability and availability of market data and is the approach that typical buyers will rely on most heavily. The income approach was not developed since this type of property is not typically purchased for investment purposes. The cost approach does not apply.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☒ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is:  $ 300,000 , as of: 03/10/2016 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report.  See attached addenda.**

## ATTACHMENTS

A true and complete copy of this report contains  15  pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
☒ Scope of Work        ☒ Limiting Cond./Certification    ☐ Narrative Addendum    ☒ Photograph Addenda    ☒ Sketch Addendum
☒ Map Addenda         ☐ Additional Sales              ☐ Cost Addendum         ☐ Flood Addendum         ☐ Manuf. House Addendum
☐ Hypothetical Conditions    ☐ Extraordinary Assumptions    ☐                        ☐                        ☐

Client Contact:                                Client Name: Law Offices of Damian G. Waldman, P.A.
E-Mail:                                        Address: 14010 Roosevelt Blvd., Ste. 701, Clearwater, FL 33762

## SIGNATURES

**APPRAISER**

Appraiser Name: Ivan Guerra
Company: Appraisal Research Center
Phone: (305) 273-6540        Fax: (305) 273-6542
E-Mail: iguerra@arcmiami.net
Date of Report (Signature): 06/03/2016
License or Certification #: St. Cert. Gen. REA RZ3359    State: FL
Designation:
Expiration Date of License or Certification: 11/30/2016
Inspection of Subject: ☒ Interior & Exterior    ☐ Exterior Only    ☐ None
Date of Inspection: 05/27/2016

**SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**

Supervisory or Co-Appraiser Name:
Company:
Phone:                Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:            State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior    ☐ Exterior Only    ☐ None
Date of Inspection:

# Assumptions, Limiting Conditions & Scope of Work

File No.: 16-157

| | | | |
|---|---|---|---|
| Property Address: | 15964 SW 102nd Ln | City: Miami | State: FL  Zip Code: 33196 |
| Client: | Law Offices of Damian G. Waldman, P.A. | Address: | 14010 Roosevelt Blvd., Ste. 701, Clearwater, FL 33762 |
| Appraiser: | Ivan Guerra | Address: | 8100 SW 81 Drive, Suite 278, Miami, FL 33143-6603 |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.

- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.

- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.

- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.

- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.

- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.

- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):



Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE        3/2007

# Certifications

File No.: 16-157

| | | | |
|---|---|---|---|
| Property Address: 15964 SW 102nd Ln | City: Miami | State: FL | Zip Code: 33196 |
| Client: Law Offices of Damian G. Waldman, P.A. | Address: 14010 Roosevelt Blvd., Ste. 701, Clearwater, FL 33762 | | |
| Appraiser: Ivan Guerra | Address: 8100 SW 81 Drive, Suite 278, Miami, FL 33143-6603 | | |

**APPRAISER'S CERTIFICATION**
I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.

- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.

- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.

- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications:

DEFINITION OF MARKET VALUE *:
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

## SIGNATURES

| | |
|---|---|
| Client Contact: | Client Name: Law Offices of Damian G. Waldman, P.A. |
| E-Mail: | Address: 14010 Roosevelt Blvd., Ste. 701, Clearwater, FL 33762 |
| **APPRAISER** | **SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)** |
| Appraiser Name: Ivan Guerra | Supervisory or Co-Appraiser Name: |
| Company: Appraisal Research Center | Company: |
| Phone: (305) 273-6540    Fax: (305) 273-6542 | Phone:    Fax: |
| E-Mail: iguerra@arcmiami.net | E-Mail: |
| Date Report Signed: 06/03/2016 | Date Report Signed: |
| License or Certification #: St. Cert. Gen. REA RZ3359    State: FL | License or Certification #:    State: |
| Designation: | Designation: |
| Expiration Date of License or Certification: 11/30/2016 | Expiration Date of License or Certification: |
| Inspection of Subject: ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection: 05/27/2016 | Date of Inspection: |

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

## Supplemental Addendum

File No. 16-157

| | |
|---|---|
| Borrower | N/A |
| Property Address | 15964 SW 102nd Ln |
| City | Miami |
| County | Miami-Dade |
| State | FL |
| Zip Code | 33196 |
| Lender/Client | Law Offices of Damian G. Waldman, P.A. |

REPORT OPTION
This is an Appraisal Report as defined by USPAP, Standard 2-2A. The report content and level of information set forth herein has been determined in accordance with our client's intended use for this report and meets or exceeds the minimum standard for an Appraisal Report.

PURPOSE OF APPRAISAL
The purpose of this appraisal is to develop an opinion of the 'as is' market value of the subject property as of the effective date of this report. To develop the opinion of value, the appraisers performed an appraisal process, as defined by the Uniform Standards of Professional Appraisal Practice (USPAP).

INTENDED USER AND USE
The intended user of this appraisal report is the lender/client. No additional intended users are identified by the appraiser. This report contains sufficient information to enable the lender/client to understand the report. Any other party receiving a copy of this report for any reason is not an intended user; nor does receiving a copy of this report result in an appraiser-client relationship. Use of this report by any other party(ies) is not intended by the appraiser.

The intended use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated scope of work, purpose, reporting requirements, and definition of market value.

SCOPE OF TYPICAL APPRAISAL INSPECTION
The scope of the inspection by the appraiser includes a visual inspection depending on the form of the report (form: 1004, 2055 or 1073). During the course of inspection, the appraiser observes the general condition of the subject. Typically, the appraiser does not turn on appliances, move personal property, check mechanical/electrical systems and/or observe any covered or concealed areas. Any physical deficiencies, deferred maintenance, along with any functional or external depreciation that is obvious and readily visual to the appraiser, while performing the typical appraisal inspection, will be disclosed and treated accordingly.

The Appraisal Research Center is not responsible for assessing or testing mechanical, electrical, heating ventilation and air-conditioning (HVAC) systems. No roof inspection was made by the appraisers and no entry to the attic or any concealed places were performed. The appraisal does not take the place of a "Property Inspection," roof or termite inspections. If the client or intended user has any questions or concerns regarding the condition of the property, it is recommended they hire a licensed professional with competency to perform a thorough inspection which should include (but not be limited to) electrical, mechanical & HVAC systems, roof and termite inspections and any structural inspections, if necessary.

The appraiser is not an engineer and is not qualified to inspect for any structural problems that may be concealed in the foundation of the home, in its structure or its roof systems. The client or intended user should not rely on the appraisal to discover property defects. The undersigned do not guarantee that the subject property is free of deficiencies or environmental conditions which require an expert to identify.

SCOPE OF WORK
The Scope of Work for this appraisal encompasses the following steps performed within the framework of commonly accepted appraisal procedures;

1. Inspecting the property being appraised and surrounding market area.

2. Gathering and confirming comparable market data.

3. Formulating reasonable opinions and judgments based on supply and demand factors, as well as physical and functional considerations relative to the highest and best use of the property and its market value.

4. Analyzing the data to formulate sound valuation judgments within the framework and application of the appropriate approaches to value.

5. Disclosing the condition of the neighborhood and subject property.

6. Analyzing and discussing the subject and comparable sales providing a map of the area and the comparable sales.

7. Including a sketch of the perimeter walls, photographs of the subject's street scene, interior and exterior, and photographs of the exterior of the comparable sales.

8. An adjustment grid depicting quantitative adjustments for the comparables is included the comparable sales approach.

9. In accordance with our clients request a cost approach to value has been developed for illustrative purposes only.

10. The pertinent value indications are the reconciled into a final estimate of market value as of the effective date of this report.

EXTRAORDINARY ASSUMPTIONS
According to The Dictionary of Real Estate Appraisal, Fifth Edition, published by the Appraisal Institute, an Extraordinary Assumption is defined as:

An assumption, directly related to a specific assignment, which, if found to be false, could alter the appraiser's opinions or conclusions. Extraordinary assumptions presume as fact otherwise uncertain information about physical, legal, or economic characteristics of the subject property; or about conditions external to the property such as market conditions or trends; or about the integrity of data used in an analysis.

Please note that as per the client's request, this assignment has been completed as of the retrospective effective date of March 10, 2016. As such, this assignment is subject to any extraordinary assumption that the subject property was in the same condition as it was as of the inspection date of May 27, 2016.

HYPOTHETICAL CONDITIONS
According to The Dictionary of Real Estate Appraisal, Fifth Edition, published by the Appraisal Institute, a Hypothetical Condition is defined as:

That which is contrary to what exists but is supposed for the purpose of the analysis. Hypothetical conditions assume conditions contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis.

This assignment is not subject to any hypothetical conditions.

PRIOR SERVICES
The undersigned appraisers have not performed a previous appraisal, an appraisal review, or an appraisal consulting assignment involving the subject property within the three years prior to this report.

## Supplemental Addendum

File No. 16-157

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15964 SW 102nd Ln | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code 33196 |
| Lender/Client | Law Offices of Damian G. Waldman, P.A. | | | | | |

HIGHEST AND BEST USE
Highest and Best Use* is defined as that reasonable and probable use that will support the highest present value, as defined, as of the effective date of analysis. Alternatively, it is that use, from reasonably probable and legal alternative uses, found to be physically possible, appropriately supported, financially feasible, and which results in highest land value.

The definition immediately above applies specifically to the Highest and Best Use of land. It is to be recognized that in cases where a site has existing improvements on it, the Highest and Best Use may very well be determined to be different from the existing use. The existing use will continue, however, unless and until land value in its Highest and Best Use exceeds the total value of the property in its existing use.

After considering the physically possible, legally permissible, financially feasible, and maximally productive, the use of the site as THOUGH VACANT I have concluded that its highest and best use is for single family residential development.

COMMENTS ON NET/GROSS ADJUSTMENTS
All of the comparables were used for their similarities to the subject property in keeping with the elements of comparison deemed most relevant to the subject property type and market. Special attention was given to properties sharing similar site areas in comparison to the subject.

Adjustments for disparities such as GLA were made based on available market data and our experience with the subjects property type and market. Although every effort is made to use the most similar and recent comparable data to eliminate need for adjustment, this is not always possible due to the availability of data. Any use of Net adjustments exceeding 15%; (4) Gross adjustments exceed 25%; is due to the lack of sales fitting the criteria of the subject property. The appraisers are aware of the need to use comparables that fit within the criteria, when possible, but in their absence the appraisers feel the comparables reported are appropriate for the appraisal assignment.

COMMENTS ON SALES OVER 6 MONTHS
Any use of A sale more than six months old is due to the lack of sales fitting the criteria of the subject property. The appraisers are aware of the need to use comparables that fit within the criteria, when possible, but in their absence the appraisers feel the comparables reported are appropriate for the appraisal assignment.

## Building Sketch

| | |
|---|---|
| Borrower | N/A |
| Property Address | 15964 SW 102nd Ln |
| City | Miami    County Miami-Dade    State FL    Zip Code 33196 |
| Lender/Client | Law Offices of Damian G. Waldman, P.A. |



### Area Calculations Summary

**Living Area**

| | | | |
|---|---|---|---|
| GLA | 1536 Sq ft | Calculation Details | 46 × 24 = 1104 |
| | | | 16 × 15 = 240 |
| | | | 12 × 15 = 180 |
| | | | 1 × 12 = 12 |

**Total Living Area (Rounded):** 1536 Sq ft

**Non-living Area**

| | | | |
|---|---|---|---|
| 1 Car Garage | 240 Sq ft | | 12 × 20 = 240 |

TOTAL Sketch by a la mode, inc.

## Location Map

| | |
|---|---|
| Borrower | N/A |
| Property Address | 15964 SW 102nd Ln |
| City | Miami |
| County | Miami-Dade |
| State | FL |
| Zip Code | 33196 |
| Lender/Client | Law Offices of Damian G. Waldman, P.A. |



# Subject Photo Page

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 15964 SW 102nd Ln | | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code | 33196 |
| Lender/Client | Law Offices of Damian G. Waldman, P.A. | | | | | | |



### Subject Front

| | |
|---|---|
| 15964 SW 102nd Ln | |
| Sales Price | N/A |
| Gross Living Area | 1,505 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 2 |
| Location | Residential |
| View | Residential |
| Site | 8,108 sf |
| Quality | CBS/Avg |
| Age | 56 Years |



### Subject Rear



### Subject Street

## Photograph Addendum

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 15964 SW 102nd Ln | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code 33196 |
| Lender/Client | Law Offices of Damian G. Waldman, P.A. | | | | | |



**Living Room**



**Dining Room**



**Family Room**



**Kitchen**



**Bedroom**



**Bedroom**



**Bathroom**



**Bedroom**



**Bathroom**



**Water Marks (Garage)**



**Water Marks (Bedroom)**



**Water Marks (Closet)**

Form PIC12_LT - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Comparable Photo Page

| | |
|---|---|
| Borrower | N/A |
| Property Address | 15964 SW 102nd Ln |
| City | Miami |
| County | Miami-Dade |
| State | FL |
| Zip Code | 33196 |
| Lender/Client | Law Offices of Damian G. Waldman, P.A. |



### Comparable 1
10319 SW 159th Ct

| | |
|---|---|
| Prox. to Subject | 0.05 miles E |
| Sale Price | $320,500 |
| Gross Living Area | 1,716 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.1 |
| Location | Average |
| View | Residential |
| Site | 5,429 |
| Quality | Good |
| Age | 17 Years |



### Comparable 2
16049 SW 103rd Ln

| | |
|---|---|
| Prox. to Subject | 0.30 miles N |
| Sale Price | $350,000 |
| Gross Living Area | 2,346 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Average |
| View | Residential |
| Site | 5,250 |
| Quality | Good |
| Age | 18 Years |



### Comparable 3
16113 SW 101st Ter

| | |
|---|---|
| Prox. to Subject | 0.25 miles N |
| Sale Price | $325,000 |
| Gross Living Area | 1,582 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2.0 |
| Location | Average |
| View | Lake |
| Site | 6,000 |
| Quality | Good |
| Age | 17 Years |



STATE OF FLORIDA
DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION

RZ3359     ISSUED:   10/12/2014

CERTIFIED GENERAL APPRAISER
GUERRA, IVAN DE JESUS

IS CERTIFIED under the provisions of Ch.475 FS.
Expiration date   NOV 30, 2016                L1410120003495

DETACH HERE

RICK SCOTT, GOVERNOR                                                 KEN LAWSON, SECRETARY

**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**FLORIDA REAL ESTATE APPRAISAL BD**

LICENSE NUMBER
RZ3359

The CERTIFIED GENERAL APPRAISER
Named below IS CERTIFIED
Under the provisions of Chapter 475 FS.
Expiration date: NOV 30, 2016

GUERRA, IVAN DE JESUS
8100 SW 81 DRIVE #250
MIAMI         FL 33143




ISSUED:  10/12/2014     DISPLAY AS REQUIRED BY LAW     SEQ # L1410120003495