

ORDERED in the Southern District of Florida on December 19, 2016.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Jose Miguel Moreno

Case No. 16-13442-LMI
Chapter 13
Adversary Proceeding No.
U.S. District Court Case No. 16-CV-25049-KMW

_____Debtor_____/

_____Plaintiff,
vs.

_____Defendant_____/

## ORDER DISMISSING BANKRUPTCY APPEAL

A Notice of Appeal was filed on  11/30/2016  , by  Positive Solution, LLC  appealing an order entitled

(rev. 12/01/15)

A review of the record indicates that:

[ ]  The appeal was filed after the time specified in Bankruptcy Rule 8002. [See also Local Rule 8002-1(A).]

[✓]  Appellant failed to timely file the designation of the items for the record or its statement of the issues as required by Bankruptcy Rule 8009.  [See also Local Rule 8009-1(A).]

[ ]  A "Notice of Deficiency Related to Filing an Appeal" was provided by the Clerk to the appellant indicating that the filing fee required by Bankruptcy Rule 8003(a)(3)(c) has not been remitted and the appellant has not timely remedied this deficiency.  [See also Local Rule 8003-1.]

Accordingly, it is

**ORDERED** that this appeal is DISMISSED as authorized and directed by Local Rule 87.4(c) of the U.S. District Court.

**###**

The clerk shall serve a copy of this order on all parties to the appeal and the U.S. Trustee

(rev.  12/01/15)